| | |
|---|---|
| **UNITED STATES DISTRICT COURT** | **EASTERN DISTRICT OF TEXAS** |

FREDRICK M. HORTON, §
§
    Plaintiff, §
§
*versus* §   CIVIL ACTION NO. 1:21-CV-446
§
CHRISTOPHER W. RIGGLE, §
§
    Defendant. §

## MEMORANDUM ORDER ADOPTING
## THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Fredrick M. Horton, proceeding *pro se*, filed this lawsuit. The court referred the case to the Honorable Zack Hawthorn, United States Magistrate Judge. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge recommending dismissing the case without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The court has received the Report and Recommendation, along with the record, pleadings, and all available evidence. No objections were filed to the Report and Recommendation.

### ORDER

The findings of fact and conclusions set forth in the Report and Recommendation are correct and the Report of the magistrate judge is **ADOPTED** as the opinion of the court. An appropriate final judgment will be entered.

SIGNED at Beaumont, Texas, this 24th day of January, 2022.

                                                   MARCIA A. CRONE
                                       UNITED STATES DISTRICT JUDGE